IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DERRICK M. WILLIAMS                                           PLAINTIFF

V.                                                    NO. 4:25-CV-89-DMB-JMV

OFFICER BRYAN BRACEY                                         DEFENDANT

*consolidated with*

DERRICK M. WILLIAMS                                           PLAINTIFF

V.                                                    NO. 4:25-CV-94-DMB-JMV

THE CITY OF DREW                                            DEFENDANT

*consolidated with*

DERRICK M. WILLIAMS                                           PLAINTIFF

V.                                                    NO. 4:25-CV-97-DMB-JMV

SUNFLOWER COUNTY                                            DEFENDANT

*consolidated with*

DERRICK M. WILLIAMS                                           PLAINTIFF

V.                                                    NO. 4:25-CV-98-DMB-JMV

WASHINGTON COUNTY, et al.                                 DEFENDANTS


## RECUSAL ORDER

The undersigned district judge recuses from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 1st day of August, 2025.

/s/Debra M. Brown
UNITED STATES DISTRICT JUDGE