IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DERRICK M. WILLIAMS**                                                    **PLAINTIFF**


**VS.**                                    **CIVIL ACTION NO.: 4:25-cv-89-RPC-JMV**

**OFFICER BRYAN BRACEY; THE CITY OF DREW;
INVESTIGATOR EDWARD DWIGHT LUCAS, IN HIS
OFFICIAL CAPACITY; CHIEF TERRY TYLER, IN HIS
OFFICIAL CAPACITY; SUNFLOWER COUNTY,
MISSISSIPPI; AUTHOR CALDERON, PUBLIC
DEFENDER IN HIS OFFICIAL CAPACITY;
TAKIYAH H. PERKINS, IN THEIR OFFICIAL
CAPACITY; JUDGE RICHARD A. SMITH, IN THE
OFFICIAL CAPACITY; JAMES LITTLETON, IN HIS
OFFICIAL CAPACITY; WASHINGTON
COUNTY JAILERS, IN THEIR OFFICIAL CAPACITY;
WASHINGTON COUNTY REGIONAL FACILITY;
WASHINGTON COUNTY, MISSISSIPPI; THE STATE OF
MISSISSIPPI; THE COUNTY JAIL SUNFLOWER
COUNTY; AND SUNFLOWER COUNTY**                     **DEFENDANTS**

**ORDER DENYING MOTIONS FOR DEFAULT JUDGMENT**

This matter is before the Court on Williams's motions seeking default judgment [Doc. 76]

against Defendants Sunflower County, Washington County, the City of Drew, and Bryan Bracey.

> Pursuant to Rule 55 of the Federal Rules of Civil Procedure, federal courts have the
> authority to enter a default judgment against a defendant who has failed to plead or
> otherwise defend upon motion of the plaintiff. Under Fifth Circuit law, there are
> three steps to obtaining a default judgment: first, default by the defendant; second,
> clerk's entry of default; and third, entry of a default judgment.

***Nutrien Ag Sols., Inc. v. DC Farms, LLC***, No. 4:18-CV-237-DMB-JMV, 2019 WL 6255495, *2

(N.D. Miss. Nov. 22, 2019) (internal citations omitted).  The City of Drew and Bryan Bracey filed

an answer to Williams's complaint on September 10, 2025, [Doc. 65] and are no longer parties

pursuant to the Court's Orders [Docs. 117, 118].  The motions against them are therefore **MOOT**.

As for the other parties, Sunflower County and Washington County, Williams has not obtained

entry of default by the clerk as required under Fifth Circuit law.  Williams's motions for default judgment [Doc. 76] are therefore **DENIED**.

SO ORDERED, this the 13th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE