**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**DERRICK M. WILLIAMS** **PLAINTIFF**

**v.** **NO. 4:25-CV-89-RPC-JMV**

**OFFICER BRYAN BRACEY, et al.** **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On August 10, 2026, United States Magistrate Judge Virden issued a Report and Recommendation [131], recommending that Plaintiff's claims against Defendants Washington County, Mississippi; Washington County Jailers; and Washington County Regional Facility be dismissed for failure to prosecute and failure to comply with an order of the Court. The Report & Recommendation [131] was duly served upon the pro se Plaintiff at his last known address and more than fourteen days have elapsed since service. Williams has not filed any objection to the Report & Recommendation [131] and the time to do so has passed.

Having considered the file and records in this action, the Court finds that the Magistrate Judge's Report and Recommendation [131] should be approved and adopted as the opinion of the Court. It is ORDERED:

(1) That the Report and Recommendation [131] of the United States Magistrate Judge is hereby APPROVED AND ADOPTED as the opinion of the Court; and

(3) That those parties dismissed being the only remaining defendants in the case, that this case is hereby CLOSED.

SO ORDERED, this the 25th day of August, 2026.

Robert P. Chamberlin
**UNITED STATES DISTRICT JUDGE**